**Order entered April 6, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01417-CR

**KARIASA MACHELL THOMAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-58505-V**

## ORDER

The Court **REINSTATES** the appeal.

On March 24, 2015, we ordered the trial court to make findings regarding why the reporter's record had not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and entitled to proceed without payment for the record; (3) counsel requested preparation of the record on November 10, 2014; (4) Kelly Simmons is the court reporter who recorded the proceedings; (5) her explanation for the delay in filing the record is her workload; and (6) she stated she filed the record as of April 1, 2015. On March 31, 2015, court reporter Kelly Simmons filed a request for an extension until March 31, 2015 to file the record. On April 1, 2015, Ms. Simmons tendered the record, together with a second extension request.

We **GRANT** the April 1, 2015 extension request, and the record is properly filed. We **DENY** as moot the March 31, 2015 extension request.

Appellant's brief is due within thirty days of the date of this order.

/s/      LANA MYERS
              JUSTICE